MARTIN L. UNGRICH, Appellant, *v.* HENRY UNGRICH, JR., et al., Individually and as Executors of and Trustees under the Will of HENRY UNGRICH, Deceased, Respondents.

*Ungrich* v. *Ungrich*, 141 App. Div. 485, affirmed.
(Argued December 10, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 3, 1911, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action for an accounting.

*L. Laflin Kellogg, Alfred C. Petté* and *Mackintosh Kellogg* for appellant.

*Benjamin E. Messler, Edward W. S. Johnston* and *Gustav Lange, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.